AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>WARREN MESSECK<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-mj-3084 (KAR)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 23, 2021  in the county of  Hampden  in the
                District of  Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Madeline Hagen, FBI.

☑ Continued on the attached sheet.

Signed electronically with authorization from
FBI Special Agent Madeline Hagen on May 1, 2025.

/s/ Madeline Hagen
*Complainant's signature*

Special Agent Madeline Hagen, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/01/2025

/s/ Katherine A. Robertson
*Judge's signature*

City and state:  Springfield, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on May 1, 2025.